UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| In Re: ) | |
| ) | |
| HASAAN NIAKAN, ) | Case No. 24-10010-KHK |
| ) | Chapter 11 |
| Debtor. ) | |
| ) | |

**TRUSTEE'S RESPONSE TO DEBTOR'S MOTION FOR RELIEF FROM STAY
TO PERMIT MODIFICATION OF PENDENTE LITE SUPPORT
OBLIGATION AND LIQUIDATE OTHER MARITAL CLAIMS
BEFORE THE LOUDOUN COUNTY CIRCUIT COURT**

Marc E. Albert, Subchapter V Trustee hereby submits a Response to Debtor's Motion for Relief from Stay to Permit Modification of Pendente Lite Support Obligation and Liquidate Other Marital Claims before The Loudoun Circuit Court as follows:

1.  Trustee has no objection to the Debtor's Motion for Relief from Stay to Permit Modification of Pendente Lite Support Obligation and Liquidate Other Marital Claims to proceed before The Loudoun County Circuit Court.

Dated: January 29, 2024                  Respectfully submitted,

/s/ Marc E. Albert
Marc E. Albert, VSB #26096
Stinson LLP
1775 Pennsylvania Avenue, NW
Suite 800
Washington, DC 20006
Tel. 202-785-9100
Fax 202-785-9163
marc.albert@stinson.com
*Chapter 11 Subchapter V Trustee*

1

CORE/3518993.0029/187155720.1

## **CERTIFICATE OF SERVICE**

       I hereby certify that on January 29, 2024, the foregoing Trustee's Response to Debtor's Motion for Relief from Stay to Permit Modification of Pendente Lite Support Obligation and Liquidate Other Marital Claims before The Loudoun County Circuit Court was served via CM/ECF system or by first class mail, postage prepaid upon the following:

Gerard R. Vetter
Office of the U.S. Trustee – Region 4
1775 Duke Street
Suite 650
Alexandria, VA 22314

John P. Forrest, II
11350 Random Hill Rd.
Suite 700
Fairfax, VA 22030

Richard Owen Bolger
Bolger Law Firm, PLLC
10347 Democracy Lane
Fairfax, VA 22030

                                            /s/ Marc E. Albert
                                            Marc E. Albert

CORE/3518993.0029/187155720.1